(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) **Guanyo Fitzgald Correa**
(Name of Plaintiff)   (Inmate Number)

**Department of Correctional Center**
(Complete Address with zip code)
**1181 Paddock Road Smyrna Road 19977**

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) **DCC Department of Correctional Center**

(2) _____

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**05-803-**
(Case Number)
(to be assigned by U.S. District Court)

**$250,0000**

## CIVIL COMPLAINT

RECEIVED
Jury Trial Requested
NOV 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**By mail No IFP**

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

**The Department of Correctional Centre Smyrna Road 1181 Paddock Road Smyrna, 19977 Has Guanjo Correa under False Inprisonment And Criminal impersonal, Has Violates Guanjo F. Correa, Constitution Rights.**

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?   • •Yes   •(No)

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?   •(Yes)•   • •No

C. If your answer to "B" is Yes:

   1. What steps did you take? Court Has CHAser Guange Correa For Someone else CHArger

   2. What was the result? dimiss

D. If your answer to "B" is No, explain why not: _____

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: DAivd E Jones 162271  8/13/63

   Employed as  N/A  at  N/A

   Mailing address with zip code:  N/A
   N/A

(2) Name of second defendant:  N/

   Employed as _____ at _____

   Mailing address with zip code:  N/A

(3) Name of third defendant:  N/A

   Employed as  N/A  at _____

   Mailing address with zip code:  N/

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. THE Department of Correctional Center Has Guango Fitzgerald Correa under False Impers Inposcialment, under A/K/A David E Jones as A/K/A Guango F Correa, Criminal, Impersonal and Mr David E Jones CHages is on Guango F Correa Criminal History Record. Guango Correa Keep ~~[redacted]~~ in of This deal on His Probation.

2. As Violated  when Mr David E Jones Pick up CHages And Violated Probation Goes To Guango F, Correa

   *new charges*

3.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I WAnt THE Court To MAKE THE STATE of Delaware PAy For Pain Suffing Lost Emyopla, And Liveing Arrivement And. CHANG of NAME'

3

2. ~~Legal~~ Illegal Held under a Criminal Impersonal. THAt Violet Guango Correa Probation, under Criminal Record must up. why A/K/A Guango Correa 03/04/65, A/K/A David E Jones 162271, 08/13/63 Mr Jones CHarger on Guango Correa Criminal History Record Correa is Incarcerated Now Under A/K/A.

3. _____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ~~03~~ 09 day of ~~October~~ error Nov. 9, 2 2005.

_____Guango Fitzgerald Correa_____
(Signature of Plaintiff 1)

_____George Fitzgerald Correa_____
(Signature of Plaintiff 2)

_____Guergy Fitzgerald Correa_____
(Signature of Plaintiff 3)

4

## Certificate of Service

I, __Guaney F. Correa__, hereby certify that I have served a true and correct cop(ies) of the attached: _____

_____ upon the following parties/person (s):

222-58 4412.  03/04/65  00180807

TO: __Guango F. Correa__

SBI 00 180807 UNIT MHU 22 UD3

Delaware Correctional Center

1181 Paddock Rd

Smyrna, Del 19977

A/K/A                                8/13/63

TO: __David E Jones 16227i__

UN/Know Address.

Last Was Delaware Correctional Center

1181 Paddock Rd

Smyrna Del 19977

TO: __Superior Court Kent County__

38 The Green Dover Del 19901

739-5328  739-3184

Judge Robert B Young

TO: _____

Department of Correctional Center

1181 Paddock Road

Smyrna, Delaware 19977

Ciminals Impersonal,

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __Nov 9__ day of __Nov 9__, 2005

__[signature]__

I/M George Garcia
SBI# 00180602   UNIT 18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
$ 00.83
NOV 10 2005
MAILED FROM ZIP CODE 19977

Clerk U.S. District Court
Lockbox 18
844 N King Street
Wilmington, DE 19801