LIST OF ALIAS NAMES

STATE OF DELAWARE
         VS.
GUANGO F CORREA
DOB: 03/04/1965
SBI: 00180807

CASE NUMBER:
0204015491

05-803.

DAVID E JONES
JUAN F CORREA
DAVID E JOHNSON
DAVID SMITH
DAVID E JACKSON
GUANGO CORREA
CORREA GUANGO
WALTER J JONES
ROBERT F CORREA
ROBERT WILLIAMS
JUAN CORREA

Sussex 521

ALIAS NAMES

NOV 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**APPROVED ORDER**    4    June 20, 2005 15:06

# DOVER POST Co.
(302) 678-3616

Office:
609 E. Division St., Dover, DE
Mailing Address:
P.O. Box 664
Dover, DE 19903

Guango Correa
P.O. Box 500
Georgetown, De 19947

This is to certify that the following legal advertisement.

Name Change: Guango Fitzgerald Correa TO: Bishop Moses Fitzgerald Black

was carried in the Dover Post, a weekly newspaper,
on the following dates:

July 13th, July 20th, and July 27th, 2005

A copy of that advertisement is attached.

_____
For the Dover Post

Sworn to and subscribed before me this 27th
Day of July, 2005

_____
Notary Public

INVOICE:

Inches:
Times Run:
Rate:

TOTAL DUE $45.00ppd

---

IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE IN AND FOR KENT COUNTY

IN RE: CHANGE OF NAME OF Guango Fitzgerald Correa to Bishop Moses Fitzgerald Black

PETITION FOR NAME CHANGE

1. Petitioner, whose address is Sussex Correctional Institution, P.O. Box 500, Georgetown, DE 19947 is a resident of Kent County, State of Delaware.

2. Petitioner was born on 9/04/65, in Milford, Delaware.

3. Petitioner desires to change his/her name from Guango Fitzgerald Correa to Bishop Moses Fitzgerald Black.

4. The reason for the proposed change of name — David E. Jones is a/k/a Guango Correa, his charge is on my record.

5. There are no creditors or other persons who will be defrauded or adversely affected by said change of name.

6. There are no criminal proceedings pending against Petitioner.

WHEREFORE, Petitioner respectfully prays that the Court enter an order changing his/her name from Guango Fitzgerald Correa to Bishop Moses Fitzgerald Black, pursuant to 10 Delaware Code, Section 5901 to 5905.

Dated: 6/21/05
Guango Fitzgerald Correa
Petitioner

STATE OF DELAWARE )
                  ) SS.
COUNTY OF KENT    )

BE IT REMEMBERED that on the 24th day of June A.D., 2005 personally appeared before me, the subscriber, a Notary Public in and for the State and County aforesaid, Guango Correa who being by me deposed and says that he/she the Petitioner above named, and that the facts in the Petition a true and correct.

Guango Fitzgerald Correa
Petitioner

SWORN TO AND SUBSCRIBED before me the day and year first above written.

Veronica L. Bun
Notary Public

7/13, 7/20, 7/27/05

DOVER FAMILY PHYSICIANS, P.A.
1148 S. GOVERNORS AVE
DOVER, DE 19904
(302) 734-2500

04/06/2005

GUANGO CORREA
1730 IRISH HILL ROAD

FELTON, DE 19943

Patient: GUANGO CORREA                                    Account # 26593
Appointment Missed 03/28/05

Dear Mr. CORREA:

    Our records indicate an appointment was reserved for GUANGO CORREA on 03/28/05 at 4:10p. Our computers do not reflect a reschedule or cancellation of this appointment. We realize emergencies do arise and would like to make a note of this if that was the case with this appointment. Please contact us at 302-734-2500 if you feel this appointment was missed due to an emergency.

    We would like to inform you of our missed appointment policy. We allow three missed appointments per family in a period of one year. Upon the third missed appointment, we must discharge the entire family from our practice for missing appointments without prior notification. We strive to make every effort to avoid this outcome. If you can not make your appointment we will be more than happy to reschedule or cancel for you.

    Again, we ask that you contact our office if you need to reschedule or cancel your appointment. Your health is of utmost importance to us. Thank you for your time and consideration.

Sincerely,

Tara Mundy /md
Tara Mundy,
Front Office Representative

cc:    file



U.S. Department of Justice

Federal Bureau of Investigation

Clarksburg, WV 26306

July 6, 2005

Mr. Guango Correa, 00180807
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

Dear Mr. Correa:

    Your May 6 letter addressed to the FBI's Baltimore office has been referred to the FBI's Criminal Justice Information Services (CJIS) Division, Clarksburg, West Virginia, for response to you.

    You state in your letter that another individual has used your name when arrested and that his offenses appear on your record.  To resolve this matter, we suggest two actions you may take.

    First, you may obtain and review your FBI identification record or "rap sheet."  After reviewing the record, you can specifically address any item that you believe is incorrect.  To obtain the record, you will need to submit a written request, a new set of your fingerprints, and the required $18 fee.  If you are unable to pay the fee, you may submit a claim and proof of indigence, such as an affidavit of indigence and a current inmate account statement.  Enclosed for your assistance are an applicant fingerprint card and a reprint of U.S. Department of Justice Order 556-73 which details the procedure for an individual to request his FBI rap sheet.

    Secondly, if you know that another individual has used your name, you can submit a request to state officials to review that individual's record and, if possible, remove your name and any other descriptors of yours from that record.  You may wish to address such a request to the following state agencies:

Mr. Guango Correa, 00180807

    State Bureau of Identification
    Post Office Box 430
    Dover, DE  19903

    Department of Correction
    245 McKee Road
    Dover, DE  19904

The State Bureau of Identification can forward any necessary corrections to the FBI's CJIS Division.

                                Sincerely yours,

                                *Kimberly J. Del Greco/mcs*
                                Kimberly J. Del Greco
                                Section Chief
                                Identification and Investigative
                                  Services Section
                                Criminal Justice Information
                                  Services Division

Enclosures (2)