IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GUANGO FITZGERALD CORREA,           )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 05-803-JJF
                                    )
DELAWARE CORRECTIONAL               )
CENTER,                             )
                                    )
        Defendant.                  )

### O R D E R

WHEREAS, Plaintiff Guango Fitzgerald Correa filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 1, 2005, the Court entered an order requiring plaintiff to file, within 30 days from the date the order was sent, leave to proceed in forma pauperis and to submit a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 2);

WHEREAS, to date, the required documents have not been received from the plaintiff;

THEREFORE, at Wilmington this 27 day of February, 2006, IT IS HEREBY ORDERED that Plaintiff's complaint is **DISMISSED WITHOUT**

**PREJUDICE**.   Plaintiff is not required to pay the $250.00 filing fee.

                                                                                             */s/ Joseph J. Farnan, Jr.*
                                                          United States District Judge