(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Guango Fitzgeald Correa
    (Name of Plaintiff)      (Inmate Number)

Department of Correctional Center.
(Complete Address with zip code)
1181 Paddock Road Smyrna Road
19977
(2) _____
    (Name of Plaintiff)      (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) DCC Depatment of Correctional Center

(2) _____

(3) _____
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:
:
:  C 05-803
:   (Case Number)
:  ( to be assigned by U.S. District Court)
:
:
:
:  $ 250 000 0
:
:
:  CIVIL COMPLAINT
:
:
:
:  • • Jury Trial Requested
:
:
:
:
:

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
       including year, as well as the name of the judicial officer to whom it was assigned:

       The Department of Correctional Center Smyrna Road
       1181 Paddock Road Smyrna, 19977 Has Guango Correa under
       False Inprisonment And Criminal impersonal. Has violates
       Guango F. Correa, Constitution Rights.

FILED
MAR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG
Scanned

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ·· Yes  ·(No)

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ·(Yes)· ·No

C. If your answer to "B" is Yes:

  1. What steps did you take? _Court Has CHager Guange Correa For someone else CHager_

  2. What was the result? _dimiss_

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _DAivd E Jones 162271  8/13/63_

  Employed as _N/A_ at _N/A_

  Mailing address with zip code: _N/A_
  _N/A_

(2) Name of second defendant: _N/_

  Employed as _____ at _____

  Mailing address with zip code: _N/A_

(3) Name of third defendant: _N/A_

  Employed as _N/A_ at _____

  Mailing address with zip code: _N/A_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. The Department of Correctional Center Has Guango Fitzgerald Correa under False Impers Inposonalment, under A/K/A David E Jones as A/K/A Guango Florrea, Criminal, Impersonal and Mr David E Jones CHager is on Guango F, Correa Criminal History Record. Guango Correa keep [illegible] in of this deal on His Probation

2. As Violated when Mr David E Jones pick up CHages *new charges* And Violated Probation Goes to Guango F, Correa

3. 

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I Want the Court To Make the State of Delaware Pay For Pain Suffing Lost Emyopla, And Livery Arrivement And. CHang of Name's

3

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _03_ day of _October_, 2 _2005_.

_George Fitzgerald Cum___
(Signature of Plaintiff 1)

_George Fitzgerald Cum___
(Signature of Plaintiff 2)

_George Fitzgerald Cum___
(Signature of Plaintiff 3)

4

It is not the responsibility of the Court to review each document and determine whether personal information has properly been protected. Every document submitted for filing will be docketed and made publicly accessible over the Court's electronic filing system. If, after docketing, you determine that a document contains personal information that you want to treat as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

Mail the original and required number of copies of your complaint to the Clerk of Court at the following address:

> **Clerk**
> **U.S. District Court**
> **Lockbox 18**
> **844 N. King Street**
> **Wilmington, DE 19801**

*[Handwritten:]* Pain Suffering errors

*[Handwritten:]* Lost Home Last Job Lost Transportant.

*[Handwritten:]* $2,500,000.00

*Complete Photography* *IN Sussex Count ALL my PAPER work was STAMPS*
*Complete finger Print* *But in Kent count want to denied my Paper*
*And Complete* *why?*

## Certificate of Service

I, __Guangy Fitzgerald Correa__ , hereby certify that I have served a true and correct cop(ies) of the attached: _____

_____ upon the following

parties/person (s): __Supreme court pleas over trun my case in dese nun__

__Message__

TO: __Guango Correa__          TO: _____

__Department of Corrections I.__          _____

__1181 Paddock Road__          _____

__Smyrna Del. US__          _____

__I did not Violated Probation under Criminal Imperson.__

TO: __Call the Department of Correction, TO Let them know I suspost__
__to Be Relass on March 23, 2004, may out Not David desea~__
__Massass cor~__

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __20__ day of __Dec, 2__ , 200__

__Guango Correa__

*Check all*