```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
```

GUANGO FITZGERALD CORREA,  :
       Plaintiff,  :
   v.  : Civil Action No. 05-803-JJF
DELAWARE CORRECTIONAL CENTER,  :
       Defendant.  :

**ORDER**

WHEREAS, Plaintiff has filed an Amended Complaint (D.I. 4);

WHEREAS, Plaintiff's original complaint was dismissed for failure to file a request for in forma pauperis and the related documents (D.I. 3);

WHEREAS, Plaintiff's case has been closed (D.I. 3) as a result of the dismissal of his original complaint;

NOW THEREFORE, IT IS ORDERED that no action will be taken on Plaintiff's Amended Complaint (D.I. 4).

March 28, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE