(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

(1) Guango F, Correa
(Name of Plaintiff) (Inmate Number)

Delaware Correctional Center 1181 Paddock Rd Smyrna Del 19977
(Complete Address with zip code)

(2) ______
(Name of Plaintiff) (Inmate Number)

______
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

______
(Case Number)
( to be assigned by U.S. District Court)

803-JJF.

vs.

**CIVIL COMPLAINT**

(1) Delaware Correctional

(2) ______

(3) ______
(Names of Defendants)

• • Jury Trial Requested

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

FILED
MAR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

BD scanned

THE Department OF CORRECTIONAL 1181 paddock Rd smyrNA Del 19977 ON, April 17/2005 Correa WAS INCARCERATED ON ACCOUNT OF (1) FALSE Imprisonment (2) FALSE Arrested (3) FALSE Preteness (4) Criminal Impersonant (5) SLANDER my NAME) My 14TH Amendent WAS Violated MALICOUS, FAlse STATEMENT

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • • Yes • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • • Yes • • ~~No~~

C. If your answer to "B" is Yes:

1. What steps did you take? N/A

N/A

2. What was the result? N/A

D. If your answer to "B" is No, explain why not: N/A

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: N/A

Employed as ______ at ______

Mailing address with zip code: N/A

(2) Name of second defendant: N/A

Employed as N/A at ______

Mailing address with zip code: N/A

N/A

(3) Name of third defendant: N/A

Employed as N/A at ______

Mailing address with zip code: N/A

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. THE STATE OF Delaware Deputy Attorney General Sussex County 114 E market Street Georgetown Del. Fax, 302 856-5352. Has exchange this case number 0204015491 in the nation with state computer to make it look like mr Correa this Bad guy (1) which they want my cousin

2. David E Jones 162271, 08/13/68 Mr David E Jonse gave the state of Delaware alias name. And this what vilated Correa Kent County Probation on 4/22/05 Kent County Superior Court Case number VK02050782 01 0205013182

3. This what vilated Correa Probation on 04/22/05 Criminal Impersonment Correa Criminal History Record must up

I WANT THE Petition For Expungement OF Criminal Record

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I WANT THE court to gave me a Completed Petition For Expungement OF Criminal Record AND Suining the State of Delaware For Pain and suffing AND to ~~Change my Name~~.

$ 250 00 00 00 00, 00 For Pain Suffing Struggle Lost of Job Lost of Home Lost of Cars

2. ______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

3. ______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

I declare under penalty of perjury that the foregoing is true and correct.

March. 27, 2006

Signed this 27 ________ day of __________________________, 2 006.

(Signature of Plaintiff 1)

(Signature of Plaintiff 2)

(Signature of Plaintiff 3)

# Certificate of Service

I, Giuangu Corrta, hereby certify that I have served a true and correct cop(ies) of the attached: ______________________________ upon the following parties/person (s):

TO: Guango Correa
DelAware Correctional Center
1181 PAddock Rd
SmyRAA Del 19977

TO: ______________________

TO: South VOP
Georgetown Del 19947

TO: ______________________

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, postage to be paid by the Dept. Of Corrections.

On this 16 day of Dec., 2003

[signature]

LIST OF ALIAS NAMES

STATE OF DELAWARE
VS.
GUANGO F CORREA
DOB: / /
SBI: 00180807

CASE NUMBER:
0204015491

DAVID E JONES
JUAN F CORREA
DAVID E JOHNSON
DAVID SMITH
DAVID E JACKSON
GUANGO CORREA
CORREA GUANGO
WALTER J JONES
ROBERT F. CORREA
ROBERT WILLIAMS
JUAN CORREA

Sussex JDI

ALIAS NAMES

1. Leving The Secene oF Accident
2. sHop Lifting
3. Recklessness Indamping Driver
4. Drive without A Driver linese
5. TERRORist THREAting

Message. Those CHarges Com under ~~Guango Correa~~ in the STATE Computer

AS oF A/K/A Guango Correa DAVid E Jones
00180807 09/04/67 162211 08/13/63

Those CHarges Are NoT my The STATE Vilet my Probation
Because oF This Infused.




M. JANE BRADY
ATTORNEY GENERAL

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

**NEW CASTLE COUNTY**
**Carvel State Building**
**820 N. French Street**
**Wilmington, DE 19801**
**Criminal Division (302) 577-8500**
**Fax: (302) 577-2496**
**Civil Division (302) 577-8400**
**Fax: (302) 577-6630**
**TTY: (302) 577-5783**

**KENT COUNTY**
**102 West Water Street**
**Dover, DE 19901**
**Criminal Division (302) 739-4211**
**Fax: (302) 739-6727**
**Civil Division (302) 739-7641**
**Fax: (302) 739-7652**
**TTY: (302) 739-1545**

**SUSSEX COUNTY**
**114 E. Market Street**
**Georgetown, DE 19947**
**(302) 856-5352**
**Fax: (302) 856-5369**
**TTY: (302) 856-4698**

**PLEASE REPLY TO:**

[New Castle County-Civil Division]

December 15, 2005

Please Sent This Back So I Can Have A Copy of This This case number Here 20461549 l Judge Scott E Bradley. Need To Be Investigation By The Delaware State Police. and who Mr David E Jones is going to go on the run, When Guango Correa Provided The Right Legal Proof That I'm Guango Correa And The charges all not my under This Number 02461549 l Criminal Imprisonment

The Honorable Merrill C. Trader
Court of Common Pleas
38 The Green
Dover, DE 19901

**Re: Guango F. Correa**
**SBI #180807**

Dear Judge Trader:

The Department of Correction opposes the name change requested by Petitioner Guango F. Correa. He is a sentenced prisoner, currently subject to the Department's supervision and reference by his committed legal name. Title 10 Del. Code §5901 abrogates Mr. Correa's common-law right to change his name. Moreover, to grant the name change would adversely interfere with the Department's ability to maintain its institutional files and would be detrimental to the public's best interests.

InCorrect error

Mr. Correa currently has used 11 alias names, as documented on his criminal history and court documents, therefore allowing him to adopt another name would cause more confusion with the Department of Correction's records maintenance of its institutional files. In addition, Mr. Correa has not demonstrated that his petition for a name change is motivated by a sincerely held religious belief, but instead, is prompted by a wish to circumvent law enforcement.

InCorrect False Statement

The Honorable Merrill C. Trader
December 15, 2005
Page 2

On behalf of the Department of Correction, I am available at the convenience of the Court if there are any further questions.

Respectfully,

Ophelia M. Waters
Deputy Attorney General

OMW/lc

Cc: Guango F. Correa
SBI #180807
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Bishop moses fitzgerald Black will see you in Court soon the Table is going to turn in Court dont look at me Because Im a inmate) you will see me in my ms Ophelia my sister THE NEXT TIME you will see me in the Court of Common Pleas BisHop Sutt with my white Collar around my neck. I will pray For you
God Bless you

Bishop moses fitzgerald Black

Guango Correa Knows THE truth, THE BIBLE SAid iF you Speak THE Truth THE truth will MAKE you Free!




I/M Olvango Corren compound
SBI# 00180807 UNIT D 1b
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
AFter 03/23/06
Address 1738 IRISH Hill Rd
Fetlon Del 19943.

UNITed STATES DISTRI
DISTRICT OF Delaware
Office OF THE Cle
844 N, King STREET
Wilmington, De, 19801

You HAVE THE S
INMATE ACC
ONE ON F

Error