IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GUANGO F. CORREA,            )
                             )
        Plaintiff,           )
                             )
    v.                       ) Civ. No. 05-803-JJF
                             )
DELAWARE CORRECTIONAL CENTER,)
                             )
        Defendant.           )

## ORDER

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee, and the case was dismissed without prejudice for failure to submit an application to proceed in forma pauperis and for failure to provide a prison trust fund account statement as ordered by the Court (D.I. 1, 3);

WHEREAS, on March 28, 2006, Plaintiff filed an application to proceed in forma pauperis (D.I. 7) but has not filed a prison trust fund account statement;

THEREFORE, at Wilmington this 12 day of April, 2006, IT IS HEREBY ORDERED that the application for leave to proceed in forma pauperis (D.I. 7) is **DENIED without prejudice** with leave to renew upon Plaintiff's filing of a prison trust fund account statement.

_____
UNITED STATES DISTRICT JUDGE