U.S.M.S.
X-RAY

RETURN FOR POSTAGE

K RTS AWK

Guango Fitzgerald Correa
SBI# 180807
DCC
1181 Paddock Road
Smyrna, DE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

05-803 JJF

**FILED**

APR 2 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG

Scanned

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GUANGO FITZGERALD CORREA,        :
                                 :
         Plaintiff,              :
                                 :
    v.                           :    Civil Action No. 05-803-JJF
                                 :
DELAWARE CORRECTIONAL CENTER,    :
                                 :
         Defendant.              :

**ORDER**

WHEREAS, Plaintiff has filed an Amended Complaint (D.I. 4);

WHEREAS, Plaintiff's original complaint was dismissed for failure to file a request for in forma pauperis and the related documents (D.I. 3);

WHEREAS, Plaintiff's case has been closed (D.I. 3) as a result of the dismissal of his original complaint;

NOW THEREFORE, IT IS ORDERED that no action will be taken on Plaintiff's Amended Complaint (D.I. 4).

March 28, 2006
    DATE

UNITED STATES DISTRICT JUDGE